■ YUNGMAN F. LEE, Respondent, v EGLISAU ESTATES LTD., Appellant, et al., Defendant. [679 NYS2d 825] —Appeal from order, Supreme Court, New York County (Diane Lebedeff, J.), entered February 11, 1998, which denied defendant's motion to "renew and reargue" plaintiff's motion for a default judgment, or, in the alternative, to vacate the default judgment subsequently entered, unanimously dismissed, without costs.

The motion court properly characterized defendant's motion as one only for reargument of plaintiff's prior motion for a default judgment, and, as such, the order is nonappealable. Were we to reach the merits, we would affirm since defendant was properly served through the Secretary of State and failed to show a meritorious defense to the action. Concur—Sullivan, J. P., Nardelli, Williams and Mazzarelli, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. STEVEN ALAN CHERNIS, Admitted on March 28, 1966, at a Term of the Appellate Division, First Department. [683 NYS2d 825] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 230 AD2d 366.]